JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYAN HE,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-05321-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting the Petition in Part and Ordering a Bond Hearing Pursuant to 8 U.S.C. § 1226(a) within Seven Days, IT IS ADJUDGED that Ground 1 of the Petition is granted, and Ground 2 is denied.

DATED: September 23, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE